41 So.2d 922

### Clinton PARKER v. STATE.
### 6 Div. 754.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed

41 So.2d 922

### Clinton PARKER v. STATE.
### 6 Div. 755.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 922

### Clinton PARKER v. STATE.
### 6 Div. 756.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 922

### Clinton C. PARKER v. STATE.
### 6 Div. 788.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 923

### George B. (alias G. B.) PARSONS v. STATE.
### 6 Div. 833.

Court of Appeals of Alabama.
June 13, 1949.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed, motion of appellant. See, also, 251 Ala. 467, 38 So.2d 209.

41 So.2d 923

### Milton (alias Wilton) PATRICK v. STATE.
### 6 Div. 730.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.